UNITED STATES of America, Appellant, v. MARTIN HOTEL CO. et al.

No. 10109.

Circuit Court of Appeals, Eighth Circuit.
Sept. 21, 1934.

Charles E. Sandall, U. S. Atty., and Ambrose C. Epperson, Asst. U. S. Atty., both of Omaha, Neb.

Kennedy, Holland & De Lacy, of Omaha, Neb., for appellees.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on mo-

tion of counsel for appellant and certificate of clerk of United States District Court under Rule 16.